## Commonwealth *v.* Carter, Appellant.

Before DOWLING, J., without a jury.

Submitted March 11, 1974. *Arthur K. Dils,* and *Dils and Diveglia,* for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.